IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ESTATE OF KATHLEEN DENISE PHELAN BREUER, by and through Co-Personal Representatives Geana Elenskly and Perian Breuer, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CV 19–78–M–DLC <br><br><br> ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 24.)

IT IS ORDERED that the above-captioned case is DISMISSED with prejudice, each party to bear its own costs and attorney's fees.

DATED this 11th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court